IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

DAVID C RAKSZAWSKI
PAULA B RAKSZAWSKI,

Debtor(s).

Chapter 7

Case No. 16-10479-LSS

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. appears in this case through the undersigned counsel and requests, pursuant to Fed. R. Bankr. P. 2002, 3017(a), and 9010, that notices given or required to be given in this case, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the undersigned counsel at the address and the telephone number set forth below.  To the extent this party has previously entered its appearance by other counsel, this appearance is for limited purposes only and copies of all documents intended to constitute notice to this party must be served on all counsel of record.

*1325 Lake Erie Drive*
*Lake Worth, Florida 33461*
*Loan No.: 0729*
*Reference: ALG#569233*

Service upon the undersigned is not adequate process in connection with this party unless copies of such service are also delivered to any co-counsel of record. The entry of this party's appearance does not constitute consent to the personal jurisdiction of this Court for any purpose or waiver of any rights, including but not limited to the right to trial by jury.

This entry of appearance shall not apply to any proceeding or transaction occurring outside of this Court, or to any proceeding or transaction occurring in another proceeding before this Court, although courtesy copies of any documents to be filed or served in such proceedings and transactions are hereby requested. The appearance of the undersigned shall not apply to any adversary proceeding under Part VII of the Federal Rules of Bankruptcy Procedure, including but not limited to an adversary proceeding arising under Fed. R. Bankr. P. 3007, and this party does not waive any rights to receive appropriate service in such adversary proceedings by any manner directed by law, including but not limited to Fed. R. Bankr. P. 7004(h).

Respectfully submitted,

By: __/s/ Melanie J. Thompson
Melanie J. Thompson, Bar #3588
Attorney for Wells Fargo Bank, N.A.
Atlantic Law Group, LLC
913 North Market Street, Suite 1011
Wilmington, DE 19801
302-339-8800 telephone
mthompson@atlanticlawgrp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _March 8, 2016_, copies of the foregoing Notice of Appearance were mailed by first class mail, postage-paid, or served electronically to the following parties:

David C Rakszawski
392 Grygo Rd.
Marydel, DE 19964
Debtor

Paula B Rakszawski
392 Grygo Rd.
Marydel, DE 19964
Debtor

William F. Jaworski, Jr.
Law Office of William F. Jaworski
1274 South Governors Avenue
Dover, DE 19904
Attorney for the Debtor

Alfred Thomas Giuliano, Trustee
Giuliano Miller & Co, LLC
Business Park  140 Bradford Drive
West Berlin, NJ 08091

　　/s/ Melanie J. Thompson
Melanie J. Thompson, Bar #3588
Attorney for Wells Fargo Bank, N.A.
Atlantic Law Group, LLC
913 North Market Street, Suite 1011
Wilmington, DE 19801
302-339-8800 telephone
mthompson@atlanticlawgrp.com

*1325 Lake Erie Drive*
*Lake Worth, Florida 33461*
*Loan No.: 0729*
*Reference: ALG#569233*